**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **TIMOTHY MARVIN FRICKS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No.: 5:10-CV-258 (CAR)** |
| **v.** | : | |
| | : | |
| **Warden STEVE UPTON, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

_____

### *ORDER ON THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 8] that

Plaintiff's Motion for Issuance of Temporary Restraining Order/Preliminary Injunction [Doc. 5]

be denied.  No objection has been filed.  Having considered the matter, the Court agrees with the

conclusions of the United States Magistrate Judge, and the Recommendation [Doc. 8] is hereby

**ADOPTED AND MADE THE ORDER OF THE COURT**.  In accordance with that

Recommendation, the motion for temporary restraining order/preliminary injunction is

**DENIED**.


    **SO ORDERED**, this 25th day of October, 2010.

                                        S/ C. Ashley Royal
                                        C. ASHLEY ROYAL, JUDGE
                                        UNITED STATES DISTRICT COURT




bcw